UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH CHAYOON,<br><br>Plaintiff,<br><br>v.<br><br>THE HARTFORD CURRENT,<br><br>Defendant. | C.A. No. 06-259S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on June 2, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Petition is dismissed with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii). Final Judgment shall enter against Plaintiff.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 6/22/06