AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSEPH CHAYOON

V.

THE HARTFORD CURRENT

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 06-259S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT, THE HARTFORD CURRENT, AGAINST PLAINTIFF, JOSEPH CHAYOON.**

June 26, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk